

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2016

No. 04-16-00241-CR

Cody Allen **WATERS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1094
Honorable Raymond Angelini, Judge Presiding

# O R D E R

After Appellant's court-appointed counsel missed deadlines to file the brief, we abated this appeal and remanded it to the trial court for an abandonment hearing. The trial court held a hearing as ordered; it filed a supplemental clerk's record containing findings of fact and conclusions of law. The court reporter filed a supplemental reporter's record of the hearing. *See* TEX. R. APP. P. 38.8(b)(3).

The trial court found the following:

- Appellant wishes to prosecute his appeal,
- Appellant's court-appointed counsel Andrea Polunsky did not abandon the appeal,
- Andrea Polunsky's motion to withdraw was granted, and
- Suzanne Kramer was appointed to represent Appellant in this appeal.

We REINSTATE the appellate timetable in this appeal. We ORDER Appellant's court-appointed counsel Suzanne Kramer to file Appellant's brief with this court within THIRTY DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2016.



Keith E. Hottle
Clerk of Court